# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.

Case No: 8:20-mj-1518AEP

**MUHAMMED MOMTAZ AL-AZHARI**

_____/

## ORDER

This defendant is in the custody of the United States Marshal. The court has been advised that he is in need of medical attention and/or prescribed medication while in custody.

It is therefore **ORDERED** that:

(1) The defendant shall receive immediate medical attention at the place of incarceration and shall receive all currently prescribed medications unless discontinued by a physician.

**DONE** and **ORDERED** at Tampa, Florida, this 27th day of May, 2020.

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE