AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Muhammed Momtaz Al-Azhari<br><br>Defendant | Case No. 8:20 MJ 1518 AEP |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Muhammed Momtaz Al-Azhari,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B  Attempting to provide material support or resources to a designated foreign terrorist organization

Date: May 24, 2020

*Issuing officer's signature*

City and state: Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

FILED 2020 JUN -1 PM 2:46 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

### Return

This warrant was received on *(date)* 5-26-20, and the person was arrested on *(date)* 5-24-20
at *(city and state)* TAMPA, FL.

Date: 5/26/2020

Sign for FBI
*Arresting officer's signature*

MICHAEL CONNELL
*Printed name and title*