UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-mj-1518-AEP

MUHAMMED MOMTAZ AL-AZHARI

### NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States of America hereby provides notice to the Defendant, Muhammed Momtaz Al-Azhari, and to the Court that, pursuant to 50 U.S.C. §§ 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

WHEREFORE, the United States respectfully requests that the Defendant and the Court take notice of the above.

          Respectfully submitted,

          MARIA CHAPA LOPEZ
          United States Attorney

By:   */s/ Patrick D. Scruggs*
      Patrick D. Scruggs
      Assistant United States Attorney
      United States Attorney No. 140
      400 North Tampa Street, Suite 3200
      Tampa, Florida   33602
      Telephone:   (813) 274-6000
      E-mail: patrick.scruggs@usdoj.gov

**U.S. v. Muhammed Momtaz Al-Azhari          Case No. 8:20-mj-1518-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:.

Samuel Landes, Esq.

*/s/ Patrick D. Scruggs*
Patrick D. Scruggs
Assistant United States Attorney
United States Attorney No. 140
400 North Tampa Street, Ste. 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:   patrick.scruggs@usdoj.gov